IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC. | § § § | |
| V. | § § | Civil No. 1:23-CV-772-DII |
| MICHAEL SELLERS MACDONALD | § § | |

## SUPPLEMENTAL RECORD

Subject to and without waiving its objection that this Court does not have jurisdiction over this case, Plaintiff FlashParking, Inc. ("Plaintiff") files this supplemental record in response to this Court's order that a copy of the complete record is necessary [*see* Doc. 2]. Specifically, the record is hereby supplemented to add the following state court orders attached hereto as **Exhibit A** which were omitted from the notice of removal filed by Defendant Michael Sellers MacDonald's ("Defendant"):

1. Order Denying Defendant's Motion for Special Appearance, signed July 7, 2023, at 3:06 p.m.

2. Temporary Injunction, signed July 7, 2023, at 3:15 p.m.

Plaintiff also attaches a copy of the complete docket sheet reflecting the orders being entered by the state court.

Dated: July 18, 2023.

                                                  Respectfully submitted,

                                                **GILSTRAP LAW GROUP PC**
                                                1801 E 51st Street, Suite 365-295
                                                Austin, Texas 78723
                                                Telephone: (512) 813-2061

                                 By:    */s/ Lessie C. Gilstrap*
                                                Lessie C. Gilstrap
                                                Attorney-in-charge

        Texas Bar No. 24012630
        Email: Lessie@gilstraplawgroup.com
        Glorieni M. Azeredo
        Texas Bar No. 24077840
        Email: Gazeredo@gilstraplawgroup.com

        ATTORNEYS FOR PLAINTIFF
        FLASHPARKING, INC.

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2023, the foregoing was served upon counsel of record through the Court's CM/ECF filing system:

Sean D. Johnson
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
sjohnson@reidcollins.com

*Attorney for Defendant*
*Michael Sellers MacDonald*

        */s/ Lessie C. Gilstrap*
        Lessie C. Gilstrap