## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**FLASHPARKING, INC.**

_____

-vs-

**MICHAEL SELLERS MACDONALD**

_____

Case No.:  **1:23-cv-00772-DII**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**KIRSTEN M. SCHNEIDER**_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent _____**DEFENDANT**_____ in this case, and would

respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**KIRSTEN M. SCHNEIDER**_____,

with offices at

Mailing address:    **71 OLD POST ROAD**

City, State, Zip Code:    **SOUTHPIRT, CT 06890**

Telephone:    **203-255-4150**

Facsimile:    203-255-0380

Email:    **KSCHNEIDER@CAPCLAW.COM**

2.  Since _____ **2002** _____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____ **WASHINGTON** _____.

Applicant's bar license number is _____ **32850** _____.

3.  Applicant has been admitted to practice before the following courts:

Court:                                              Admission date:

**UTAH** _____                    **2012** _____

**CONNECTICUT** _____             **2013** _____

_____                             _____

_____                             _____

4.  Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice): none

_____

_____

5.  Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below: none

_____

_____

6.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses): none

_____

- 2 -

7.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and

      will comply with the standards of practice set out therein.

8.    Select one:

      ☐    Applicant has on file an application for admission to practice before the United

           States District Court for the Western District of Texas.

      ☑    Applicant has co-counsel in this case who is admitted to practice before the United

           States District Court for the Western District of Texas.

           Co-counsel:            **SEAN D. JOHNSON**

           Mailing address:       **1301 S CAPITAL OF TEXAS HWY, C 300**

           City, State, Zip Code:    **AUSTIN, TEXAS 78746**

           Telephone:            **512 647-6100**

9.    Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00

      *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable

      to: **Clerk, U.S. District Court**].

10.   Should the Court grant applicant's motion, Applicant shall register as a filing user within 10

      days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing

      in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**KIRSTEN M. SCHNEIDER**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____**KIRSTEN M. SCHNEIDER**_____

[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ___ day of _____, 2023 .

_____**KIRSTEN M. SCHNEIDER**_____

[printed name of Applicant]

[signature of Applicant]

- 4 -