| | |
|---|---|
| **From:** | Kirsten Schneider |
| **To:** | Selene Cruz Lara |
| **Cc:** | Lessie Gilstrap; Glorieni Azeredo; Brandy Culton |
| **Subject:** | Re: [CAUTION EXTERNAL] Re: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing |
| **Date:** | Monday, July 3, 2023 2:38:56 PM |

Ms. Rodriguez,

Thank you for the email. I represent the defendant. I gave notice to plaintiff's counsel on June 22, 2023 that I was unavailable to attend. I am presently traveling, and will be traveling until July 14. This travel has been planned for over a year. I have submitted my application to participate pro hav vice and a motion to extend time for this hearing. I have made good faith attempts to negotiate an extension with plaintiff's counsel, but plaintiff did not consent to the extension of time as they made the extension conditional, with terms for which my client would not agree. So I had no choice but to file a motion. I am at a loss for any other action I could take to notify the Court of my unavailability and to notify the Court of defendant's good faith attempt to participate in this matter fairly. I ask for the Court's guidance. Defendant and defendant's counsel cannot attend this July 7 hearing.

> On Jul 3, 2023, at 3:29 PM, Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov> wrote:
>
> Counsel,
>
> If an agreed order to extend TRO cannot be submitted to this court then the hearing for July 7th will need to move forward. Please advise.
>
> Thank you,
>
> *Selene Rodriguez*
>
> **Judicial Aide to**
> **The Honorable Judge Eric M. Shepperd**
> Austin, TX 78701
> ✉ P.O. Box 1748, Austin, TX 78767
> ☎ 512-854-9242
> Selene.cruzlara@traviscountytx.gov
>
> ---
>
> **From:** Kirsten Schneider <kschneider@capclaw.com>
> **Sent:** Friday, June 30, 2023 6:38 PM
> **To:** Lessie Gilstrap <lessie@gilstraplawgroup.com>
> **Cc:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>; Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>
> **Subject:** [CAUTION EXTERNAL] Re: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Ms. Rodriguez,

I notified Attorney Gilstrap on June 22, 2023 that I am unavailable for a July 7 hearing. I am traveling and do not have access to the internet at all times. This was set forth in my motion for an extension of time that was filed today. I did ask Attorney Gilstrap to consent to the extension, and she did not consent. Thank you and have a nice weekend.

> On Jun 30, 2023, at 6:26 PM, Lessie Gilstrap <lessie@gilstraplawgroup.com> wrote:
>
> Ms. Rodriguez,
>
> Counsel for Defendant, Ms. Schneider, just filed a document with the court advising us for the first time that she will not agree to an order extending the TRO beyond July 7.   Therefore, it appears we will be proceeding with the hearing on July 7 as currently set on the court's docket.
>
> (I apologize for the confusion as we were under the mistaken impression that she was willing to extend the TRO by agreement so that the hearing could be moved.  We simply cannot agree to move the hearing to August 18 when the current TRO is set to expire on July 7.)
>
> Thank you,
> Lessie
>
>
> Lessie C. Gilstrap
>
> 
> **image003.jpg**
>
> 1801 E 51st Street, Suite 365-295
> Austin, Texas 78723
> (512) 813-2061
> www.gilstraplawgroup.com [gilstraplawgroup.com]

**From:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>
**Date:** Friday, June 30, 2023 at 8:12 AM
**To:** Lessie Gilstrap <lessie@gilstraplawgroup.com>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>, Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** RE: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

Thank you, I have kept the setting and will not remove until I receive a confirmation from all parties.

I'll send out docket sheet/zoom information shortly.

*Selene Rodriguez*

**Judicial Aide to**
**The Honorable Judge Eric M. Shepperd**
Austin, TX 78701
✉ P.O. Box 1748, Austin, TX 78767
☎ 512-854-9242
Selene.cruzlara@traviscountytx.gov

---

**From:** Lessie Gilstrap <lessie@gilstraplawgroup.com>
**Sent:** Thursday, June 29, 2023 5:01 PM
**To:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>; Priscela Valladares <Priscela.Valladares@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** [CAUTION EXTERNAL] Re: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Ms. Rodriguez,

We would ask that you please leave the July 7 setting in the event the parties are unable to reach an agreement on the order. Keeping the current hearing date is important since the current TRO also expires on July 7. If you prefer that we submit the Plaintiff's preferred form order, we can do that by first thing in the morning, and the Defendant can submit a competing order if they wish to do so.

Thank you,

Lessie Gilstrap

Get Outlook for iOS [aka.ms]

---

**From:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>
**Sent:** Thursday, June 29, 2023 3:53:05 PM
**To:** Lessie Gilstrap <lessie@gilstraplawgroup.com>; Priscela Valladares <Priscela.Valladares@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** RE: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

Hi Leslie,

No worries, whenever it's available is fine, just let me know. I will remove next Friday's setting in the meantime.

Thank you,

*Selene Rodriguez*

**Judicial Aide to**

**The Honorable Judge Eric M. Shepperd**
**Austin, TX 78701**
✉ **P.O. Box 1748, Austin, TX 78767**
☎ **512-854-9242**
**Selene.cruzlara@traviscountytx.gov**

---

**From:** Lessie Gilstrap <lessie@gilstraplawgroup.com>
**Sent:** Thursday, June 29, 2023 3:07 PM
**To:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>; Priscela Valladares <Priscela.Valladares@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** [CAUTION EXTERNAL] Re: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

---

Ms Rodriguez,

Although we have sent a proposed order to counsel for Defendant, I believe she is traveling today.  We will get you a proposed order,  whether

agreed or opposed, on Monday.

Please let me know if you need anything from us in the meantime.

Thank you,
Lessie Gilstrap

Get Outlook for iOS [aka.ms]

---

**From:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>
**Sent:** Thursday, June 29, 2023 11:58:19 AM
**To:** Lessie Gilstrap <lessie@gilstraplawgroup.com>; Priscela Valladares <Priscela.Valladares@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** RE: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

Thank you,

*Selene Rodriguez*

**Judicial Aide to**

**The Honorable Judge Eric M. Shepperd**
**Austin, TX 78701**
✉ **P.O. Box 1748, Austin, TX 78767**
☎ **512-854-9242**
**Selene.cruzlara@traviscountytx.gov**

---

**From:** Lessie Gilstrap <lessie@gilstraplawgroup.com>
**Sent:** Thursday, June 29, 2023 10:36 AM
**To:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>; Priscela Valladares <Priscela.Valladares@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** [CAUTION EXTERNAL] Re: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

---

We will confer and hopefully submit and agreed order shortly. Thank you.

Get Outlook for iOS [aka.ms]

**From:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>

**Sent:** Thursday, June 29, 2023 10:26:25 AM
**To:** Lessie Gilstrap <lessie@gilstraplawgroup.com>; Priscela Valladares <Priscela.Valladares@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** RE: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

My apologies, yes this will be via zoom. Let me know which date you both agree on so I can remove next Fridaty's setting.

Thank you,

*Selene Rodriguez*

**Judicial Aide to**
**The Honorable Judge Eric M. Shepperd**
**Austin, TX 78701**
✉ **P.O. Box 1748, Austin, TX 78767**
☎ **512-854-9242**
Selene.cruzlara@traviscountytx.gov

---

**From:** Lessie Gilstrap <lessie@gilstraplawgroup.com>
**Sent:** Thursday, June 29, 2023 10:21 AM
**To:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>; Priscela Valladares <Priscela.Valladares@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** [CAUTION EXTERNAL] Re: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

My apologies, I just realized you stated that 9AM would be the hearing time. And will this will be by Zoom?

Get Outlook for iOS [aka.ms]

---

**From:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>
**Sent:** Thursday, June 29, 2023 10:08:42 AM
**To:** Lessie Gilstrap <lessie@gilstraplawgroup.com>; Priscela Valladares <Priscela.Valladares@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>

**Subject:** RE: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

Hello Leslie,

We can do either August 18th or September 1st at 9am.

Thank you,

*Selene Rodriguez*

**Judicial Aide to**
**The Honorable Judge Eric M. Shepperd**
**Austin, TX 78701**
✉ **P.O. Box 1748, Austin, TX 78767**
☎ **512-854-9242**
Selene.cruzlara@traviscountytx.gov

---

**From:** Lessie Gilstrap <lessie@gilstraplawgroup.com>
**Sent:** Thursday, June 29, 2023 9:34 AM
**To:** Priscela Valladares <Priscela.Valladares@traviscountytx.gov>; Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** [CAUTION EXTERNAL] Re: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

---

Ms. Rodriguez,

Counsel for Defendant has clarified that she is available August 18 or later (not before). Can you please provide us with some available hearing dates during that time frame instead? If we can mutually agree with Defendant on a hearing date, then it is my understanding all parties will submit an agreed extension of the TRO. Thank you.

Lessie Gilstrap

Get Outlook for iOS [aka.ms]

---

**From:** Lessie Gilstrap <lessie@gilstraplawgroup.com>
**Sent:** Thursday, June 29, 2023 6:13:22 AM
**To:** Priscela Valladares <Priscela.Valladares@traviscountytx.gov>;

selene.cruzlara@traviscountytx.gov <selene.cruzlara@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>; Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** Re: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

Ms. Rodriguez,

It appears that Ms. Valladares is out of the office today. Could you please help us with our request below?

Many thanks,
Lessie

Lessie C. Gilstrap

<image001.jpg>

1801 E 51st Street, Suite 365-295
Austin, Texas 78723
(512) 813-2061
www.gilstraplawgroup.com [gilstraplawgroup.com]

---

**From:** Lessie Gilstrap <lessie@gilstraplawgroup.com>
**Date:** Thursday, June 29, 2023 at 6:10 AM
**To:** Priscela Valladares <Priscela.Valladares@traviscountytx.gov>
**Cc:** Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>, Kirsten Schneider <KSchneider@capclaw.com>
**Subject:** Re: Cause No. C-1-CV-23-002440; FlashParking v. Michael Sellers MacDonald: Request for TRO hearing

Ms. Valladares,

I have copied counsel for Defendant on this request, Kirsten Schnieder.

At the request of Ms. Schnieder and to accommodate her schedule, the parties are attempting to negotiate an agreed extension of the TRO. Could you please advise if the Court has any alternative hearing dates for the Temporary Injunction on or before August 18, 2023?

Thank you in advance.

Best regards,

Lessie

Lessie C. Gilstrap

**<image002.jpg>**

1801 E 51st Street, Suite 365-295
Austin, Texas 78723
(512) 813-2061
www.gilstraplawgroup.com [gilstraplawgroup.com]

---

This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.