| | |
|---|---|
| **From:** | Kirsten Schneider |
| **To:** | Selene Cruz Lara; Priscela Valladares; Lea Downey Gallatin |
| **Cc:** | Lessie Gilstrap; Glorieni Azeredo |
| **Subject:** | Flashparking v. MacDonald, Cause No. C-1-cv-23-002440 |
| **Date:** | Wednesday, July 5, 2023 4:44:43 PM |

Ms. Rodriguez and Ms. Lara,

This office represents the defendant in this matter. I write to address the July 7, 2023 show cause hearing presently calendared in this matter and alert the Court that a Motion for Special Appearance, challenging this Court's personal jurisdiction over the Defendant has been filed. Defendant has also filed a Motion for Enlargement of Time for the show cause hearing and has made repeated attempts to communicate with you, and with Plaintiff's counsel, that I am unavailable to attend this July 7, 2023 hearing. Yet, the hearing is still calendared and the motion for enlargement of time has not been adjudicated.

Additionally, not only am I (and the attorney who sponsored my pro hac vice motion) unavailable this July 7, 2023, but my motion to be admitted pro hac vice in this matter has not been granted by this court, which also deems me unavailable for this hearing. Moreover, today, the defendant filed a Motion for Special Appearance in this matter. **Pursuant to Tex.R.Civ.P120.a.2 the show cause hearing scheduled for July 7, 2023 cannot go forward until this motion is adjudicated.** Hence, the hearing must be continued.

Thank you.
--
Kirsten Schneider, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax.
Kschneider@capclaw.com
www.capclaw.com