EXHIBIT D

| | |
|---|---|
| **From:** | Selene Cruz Lara |
| **To:** | Kirsten Schneider |
| **Cc:** | Lessie Gilstrap; Glorieni Azeredo; Lea Downey Gallatin |
| **Subject:** | RE: [CAUTION EXTERNAL] Flashparking v. MacDonald, Cause No. C-1-cv-23-002440 |
| **Date:** | Thursday, July 6, 2023 11:31:07 AM |

Counsel,

If there are no objections to the **MOTION FOR LEAVE TO APPEAR AND PARTICIPATE IN CASE PRO HAC VICE** the court will consider via submission. I do not see a proposed order on file, please forward your order at your earliest convenience. As for your other motions, this court can take them up tomorrow before the Temporary Injunction hearing.

Thank you,

*Selene Rodriguez*

**Judicial Aide to**

**The Honorable Judge Eric M. Shepperd**

**Austin, TX 78701**

✉ **P.O. Box 1748, Austin, TX 78767**

☎ **512-854-9242**

**Selene.cruzlara@traviscountytx.gov**

---

**From:** Kirsten Schneider <kschneider@capclaw.com>
**Sent:** Wednesday, July 5, 2023 4:44 PM
**To:** Selene Cruz Lara <Selene.Cruzlara@traviscountytx.gov>; Priscela Valladares <Priscela.Valladares@traviscountytx.gov>; Lea Downey Gallatin <Lea.DowneyGallatin@traviscountytx.gov>
**Cc:** Lessie Gilstrap <lessie@gilstraplawgroup.com>; Glorieni Azeredo <Gazeredo@gilstraplawgroup.com>
**Subject:** [CAUTION EXTERNAL] Flashparking v. MacDonald, Cause No. C-1-cv-23-002440

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Ms. Rodriguez and Ms. Lara,

This office represents the defendant in this matter. I write to address the July 7, 2023 show cause hearing presently calendared in this matter and alert the Court that a Motion for Special Appearance, challenging this Court's personal jurisdiction over the Defendant has been filed. Defendant has also filed a Motion for Enlargement of Time for the show cause hearing and has made repeated attempts to communicate with you, and with Plaintiff's counsel, that I am unavailable to attend this July 7, 2023 hearing. Yet, the hearing is still calendared and the motion for enlargement of time has not been adjudicated.

Additionally, not only am I (and the attorney who sponsored my pro hac vice motion) unavailable this July 7, 2023, but my motion to be admitted pro hac vice in this matter has not been granted by this court, which also deems me unavailable for this hearing.  Moreover, today, the defendant filed a Motion for Special Appearance in this matter. **Pursuant to Tex.R.Civ.P120.a.2 the show cause hearing scheduled for July 7, 2023 cannot go forward until this motion is adjudicated.**  Hence, the hearing must be continued.

Thank you.

--

Kirsten Schneider, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax.
Kschneider@capclaw.com
www.capclaw.com [capclaw.com]

---

This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.