Filed: 7/7/2023 6:08 PM
Dyana Limon-Mercado
Travis County Clerk
C-1-CV-23-002440
Andrea Scott

CAUSE NO. C-1-CV-23-002440

| | | |
|---|---|---|
| FLASHPARKING, INC., | § | THE COUNTY COURT |
| Plaintiff, | § § § | |
| v. | § § | AT LAW NO. 2 |
| MICHAEL SELLERS MACDONALD, | § § § | |
| Defendant. | § | TRAVIS COUNTY, TEXAS |

## DEFENDANT MICHAEL SELLERS MACDONALD'S NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on July 7, 2023, Defendant Michael Sellers MacDonald in the above-captioned action removed this action to the United States District Court for the Western District of Texas, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is attached as Exhibit A and is fully incorporated herein by reference. Accordingly, and under 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

July 7, 2023

Respectfully submitted,

**REID COLLINS & TSAI LLP**
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
T: 512-647-6100
F: 512-647-6109

/s/ *Sean D. Johnson*
Sean D. Johnson
Texas Bar No. 24055746
sjohnson@reidcollins.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2023, a true and correct copy of the foregoing Notice of Filing of Notice of Removal and all attachments were served in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure through the court's e-filing system on all parties or their counsel of record.

                                          /s/ Sean D. Johnson
                                          Sean D. Johnson

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mina Myers on behalf of Sean Johnson
Bar No. 24055746
mmyers@rctlegal.com
Envelope ID: 77322846
Filing Code Description: NTC:CV OTHER TYPES
Filing Description: NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION
Status as of 7/10/2023 1:29 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lessie Gilstrap | | lessie@gilstraplawgroup.com | 7/7/2023 6:08:31 PM | SENT |
| Glorieni Azeredo | | gazeredo@gilstraplawgroup.com | 7/7/2023 6:08:31 PM | SENT |
| Mina N.Myers | | mmyers@rctlegal.com | 7/7/2023 6:08:31 PM | SENT |
| Sean Johnson | 24055746 | sjohnson@reidcollins.com | 7/7/2023 6:08:31 PM | SENT |

Associated Case Party: MichaelSellersMacDonald

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kirsten Schneider | | kschneider@capclaw.com | 7/7/2023 6:08:31 PM | ERROR |