IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC. | § § § | |
| V. | § § | Civil No. 1:23-CV-772-DII |
| MICHAEL SELLERS MACDONALD | § § | |

## ORDER OF REMAND

This cause having come on for hearing on the motion of Plaintiff to remand this action to the County Court at Law No. 2 of Travis County, Texas, and the court having considered the arguments of counsel and documents submitted in support of and against this motion, it appears to the Court that this action was removed improperly and this Court is without jurisdiction over this action in that the stated value of the claim in Plaintiff's state court petition does not exceed the necessary jurisdictional amount of $75,000.

FOR THESE REASONS, it is ordered that the Plaintiff's motion is granted, and that this action is remanded to County Court at Law No. 2 of Travis County, Texas, and that a certified copy of this order shall be mailed by the Clerk of this Court to the County Clerk of Travis County, on receipt of which that court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

FURTHER, it is ordered that Plaintiff have from Defendant payment for all costs and expenses, including reasonable attorney's fees, incurred as a result of the removal of this action, in the amount to be proven by a subsequent motion per L.R. C-V 7(j).

Date: _____.

_____
ROBERT PITTMAN
UNITED STATES DISTRICT JUDGE