# EXHIBIT B



[redacted]

---

## (no subject)

---

**Michael MacDonald** <mac@arrive.com>                                        Mon, May 8, 2023 at 10:21 AM
To: Mike MacDonald <macovich.macdonald@gmail.com>

not relevant.

On Fri, Apr 21, 2023 at 12:28 PM Michael MacDonald <mac@arrive.com> wrote:

hello

Hello! How can I assist you today?

I'd like to start a company

That's great! Starting a company can be an exciting and rewarding experience. There are many things to consider when starting a company, such as your business idea, target market, funding, and legal requirements. Here are some general steps to consider:

1. Develop a business idea: Think about what you want your company to do and how it can solve a problem or meet a need in the market. Conduct research

2. Create a business plan: Write a detailed plan outlining your business goals, target market, competition, marketing strategy, financial projections, and more. This will serve as a

3. Determine your legal structure: Decide whether to incorporate your business as a sole proprietorship, partnership, LLC, or corporation. Each legal structure has different tax implications and liability protection.

4. Register your business: Register your business with your state government and obtain any necessary licenses and permits.

5. Secure funding: Determine how you will fund your business, whether through personal savings, loans, or investors.

6. Set up your business operations: Establish a physical or virtual location for your business, hire employees if necessary, and set up your accounting and legal systems.

7. Launch and market your business: Start selling your product or service and promote your business through marketing and advertising.

| | |
|---|---|
| to determine if there is a demand for your product or service. | roadmap for your company and help you secure funding. |

Remember, starting a company takes time, effort, and dedication. It is important to do your research and seek advice from experts, such as lawyers, accountants, and business consultants, to ensure your business is set up for success. Good luck on your entrepreneurial journey!

Lets chat about my company idea and see if we can perfect the business model

Of course! I'm happy to discuss your company idea and help you refine your business model. Can you provide more details about your business idea? What industry are you interested in? What problem are you solving or need are you addressing?

I have a few separate ideas

Great! Please feel free to share your ideas and we can discuss each one in more detail.

Idea 1- Use Lidar to scan parking locations to collect the physical characteristics and then connect that location to the neighborhood around it by using AI and machine learning to create an AR map. This AR map would be accessed by scanning a QR code onsite and would update with way finding information about public transportation as well as details about restaurants, banks, grocery stores, etc.

That's an interesting idea! It sounds like you're looking to create a solution that helps people find their way around a specific area by providing them with detailed information about nearby businesses and attractions.

Using Lidar to scan parking locations and collect physical characteristics is a unique approach. It could provide accurate and detailed information about parking lots, which would be useful for creating an AR map.

In terms of the AR map, it's important to consider how you would collect and present the information. You mentioned using AI and machine learning to create the map, which is a good approach. However, you'll need to ensure that the data is accurate and up-to-date. Additionally, you'll need to consider the user experience and make sure that the AR map is easy to use and provides useful information.

To monetize this idea, you could potentially charge businesses for premium placement on the AR map or charge users for accessing the map. However, you'll need to consider the balance between monetization and user experience.

Overall, I think this is a promising idea, and with some more research and development, it could be a valuable tool for people looking to navigate a specific area.

Idea 2- I have access to information about 50,000,000 parking transactions at 10,000 parking locations across the U.S. This data includes search inquiries about available parking down to a specific point of interest as well as transactional data including parking durations, and parking rates. I also have information about the physical characteristics of the parking location like capacity and hours.

Idea 2 involves using the data I have access to so I can identify parking locations or neighborhoods with parking assets that are underperforming compared to other nearby locations so I can acquire them.

That's an interesting idea as well! It sounds like you have a lot of valuable data about parking transactions and locations across the U.S.

Using this data to identify underperforming parking assets could be a smart approach. By acquiring these assets, you could potentially improve their performance and generate more revenue. However, it's important to consider the potential costs associated with acquiring and managing parking assets. You'll need to conduct a thorough analysis to determine the feasibility of this idea.

One potential challenge you may face is acquiring the parking assets themselves. Some parking locations may be owned by government agencies or private entities that are not interested in selling. Additionally, you'll need to consider the potential competition from other companies that may be interested in acquiring underperforming parking assets.

Overall, I think this idea has potential, but it will require a lot of research and analysis to determine the feasibility and potential ROI. Additionally, you'll need to consider the potential challenges and obstacles you may face along the way.

Idea 3- I create a franchise for parking assets. I use my ability to Lidar scan a location to optimize it's layout and provide merchandizing and operation capabilities.

That's an interesting idea as well! It sounds like you're looking to create a franchise model that provides a turnkey solution for parking asset owners.

Using Lidar to optimize the layout of parking locations is a smart approach. It could help improve the efficiency and effectiveness of the parking assets, which would be beneficial for both the asset owner and the users. Additionally, providing merchandising and operational capabilities could help improve the user experience and generate additional revenue for the asset owner.

To make this idea a reality, you'll need to create a comprehensive franchise model that includes training, support, and marketing materials for franchisees. Additionally, you'll need to consider the potential costs associated with launching a franchise model, such as legal fees and marketing expenses.

Overall, I think this is a promising idea that could provide a valuable service for parking asset owners. With some additional research and development, it could be a successful franchise model.

What do you require in order to generate a comprehensive franchise model for me?

In order to generate a comprehensive franchise model, I would need to work with you closely to gather information about your business and your goals for the franchise. Here are some of the steps we would need to take:

1. Conduct a thorough analysis of your business: Before we can create a franchise model, we need to understand your business and how it operates. We'll need to gather information about your current

2. Determine the franchise model: Once we understand your business, we'll need to determine the best franchise model for your business. This will involve deciding on the type of

3. Develop a franchise agreement: We'll need to work with legal professionals to create a comprehensive franchise agreement that outlines the terms and conditions of the franchise. This will include details about the fees and royalties, as well as the rights and

4. Develop training and support materials: We'll need to develop comprehensive training and support materials for franchisees. This may include videos, manuals, and webinars, as well as ongoing support for franchisees.

5. Develop marketing materials: We'll need to develop marketing materials to help promote the franchise to potential franchisees. This may include brochures, flyers, and online ads.

6. Launch and manage the franchise: Once the franchise model is developed, we'll need to launch and manage the franchise. This will involve recruiting and training franchisees, providing ongoing support,

operations, franchise, responsibilities and
revenue such as a of the managing
streams, single-unit franchisee and the
and or multi-unit franchisor. franchise
profitability. franchise, network.
as well as
the level of
support and
training
you'll
provide to
franchisees.

Of course, each franchise model is unique, and the process may
vary depending on your specific needs and goals. However,
these are the general steps we would need to take to develop a
comprehensive franchise model for your business.

ok, lets get started

Great! The first step is to conduct a thorough analysis of your business. Can you tell me more about your business, including its operations, revenue streams, and profitability? Additionally, what are your goals for the franchise, and what level of support and training do you envision providing to franchisees?

I provide an operating system that could be used for a parking lot franchise:

Parking Lot Design: The franchisor would provide the franchisee with a standardized parking lot design, including the layout of parking spaces, entrance and exit locations, signage, and lighting.

Equipment and Maintenance: The franchisor would provide the franchisee with a list of required equipment, such as payment machines, barriers, and security cameras. The franchisor would also provide guidelines for equipment maintenance and repairs.

Operating Procedures: The franchisor would provide the franchisee with a set of standard operating procedures for the parking lot, including guidelines for parking attendants, customer service, and safety protocols.

Customer Service: The franchisor would provide the franchisee with customer service training materials and guidelines for handling customer complaints, requests, and issues.

Marketing and Advertising: The franchisor would provide the franchisee with marketing and advertising materials, including signage, flyers, and promotional materials. The franchisor would also provide guidance on local marketing strategies to help the franchisee build their customer base.

Technology and Software: The franchisor would provide the franchisee with access to the franchisor's parking management software, including payment processing, data management, and reporting tools.

Financial Management: The franchisor would provide the franchisee with guidance on financial management, including budgeting, revenue tracking, and expense management.

By providing a standardized operating system, the franchisor can

ensure that the franchisee is using best practices and procedures, which can help to ensure consistency and quality across all locations.

Thank you for providing this information. It sounds like you have a solid foundation for a parking lot franchise model.

The next step would be to determine the franchise model that would best suit your goals. Do you envision a single-unit or multi-unit franchise model? Will franchisees own or lease the land where the parking lots will be located?

Additionally, we would need to determine the fees and royalties that franchisees would pay, as well as the level of support and training that you would provide. Would you be providing ongoing support to franchisees, such as marketing and advertising support, software updates, and technical assistance? Would franchisees be required to attend training sessions or participate in ongoing education programs?

Once we have this information, we can begin to develop the franchise agreement and the training and support materials that franchisees will need.

Can you explain a single or multi unit franchise model?

Sure, I'd be happy to explain.

A single-unit franchise model is where the franchisee owns and operates a single unit of the franchise. In the case of your parking lot franchise, this would mean that each franchisee would own and operate a single parking lot location.

A multi-unit franchise model, on the other hand, allows franchisees to own and operate multiple units of the franchise. This could mean owning and operating multiple parking lots in different locations.

Both models have their advantages and disadvantages. The single-unit model is often easier to manage and can provide more control over the quality of each location. However, the multi-unit model can provide greater economies of scale and can be more profitable in the long run.

Ultimately, the decision on which model to pursue will depend on your goals for the franchise and the resources available to support it.

---

I'd be more interested in a multi-unit franchise model

---

Great! A multi-unit franchise model can be a great way to grow your business and provide franchisees with opportunities to expand their portfolio of parking lot locations.

For a multi-unit franchise model, you'll need to develop a system that allows franchisees to efficiently manage and operate multiple locations. This could involve providing centralized support services, such as marketing, accounting, and IT, as well as a scalable technology infrastructure that can support multiple locations.

You'll also need to determine the financial requirements for franchisees who want to own multiple locations. This could include setting minimum net worth and liquid capital requirements, as well as determining the franchise fees and royalties that franchisees will be required to pay for each additional location.

Finally, you'll need to develop a comprehensive training and support program for franchisees who own multiple locations. This could include providing ongoing training and education on topics such as financial management, marketing and advertising, and operational efficiency.

Overall, a multi-unit franchise model can be a great way to grow your business and provide franchisees with opportunities for

success.

What does a system to efficiently manage and operate multiple locations look like for this business?

A system to efficiently manage and operate multiple parking lot locations could include the following components:

1. Centralized Support Services: The franchisor would provide centralized support services to franchisees to ensure that each location is operating effectively and efficiently. These services could include

2. Technology Infrastructure: The franchisor would provide a technology infrastructure that can support multiple locations, such as a centralized parking management software system. This system would allow franchisees to manage

3. Standard Operating Procedures: The franchisor would provide a set of standard operating procedures that franchisees can use to manage their parking lots. These procedures would ensure consistency

4. Training and Education: The franchisor would provide ongoing training and education to franchisees to ensure that they have the skills and knowledge needed to manage multiple parking lots. This training could cover topics such as financial

5. Financial Management: The franchisor would provide guidance and support to franchisees to help them manage the financial aspects of their parking lots, such as budgeting, revenue tracking, and expense management.

| | | | |
|---|---|---|---|
| marketing, accounting, IT, and customer support. | their parking lots, process payments, and monitor key metrics such as occupancy rates and revenue. | across all locations and would help to ensure that each location is operating effectively. | management, marketing and advertising, and operational efficiency. |

Overall, the goal of a system to efficiently manage and operate multiple parking lot locations would be to provide franchisees with the resources and support they need to run their businesses effectively and efficiently. By providing a comprehensive system, the franchisor can ensure that each location is operating at its full potential and can help franchisees to achieve long-term success.

what does an ideal centralized parking management software system look like for this franchise?

An ideal centralized parking management software system for a parking lot franchise would include the following features:

1. **Parking Lot Management:** The system should allow franchisees to manage their parking lots, including setting rates, configuring parking rules, and tracking occupancy rates.

2. **Payment Processing:** The system should include payment processing capabilities that allow customers to pay for parking using a variety of methods, including credit cards, mobile payments, and cash.

3. **Reservation System:** The system should allow customers to reserve parking spots in advance, either online or through a mobile app.

4. **Analytics and Reporting:** The system should provide analytics and reporting capabilities that allow franchisees to monitor key performance indicators such as occupancy rates, revenue, and

5. **Integration with other Systems:** The system should be able to integrate with other systems, such as accounting software, customer relationship management (CRM) software, and marketing automation tools.

6. **Mobile Access:** The system should be accessible through a mobile app that allows customers to pay for parking, reserve spots, and view information about available parking spots in real-time.

7. **Customer Support:** The system should provide customer support capabilities, including the ability to handle customer inquiries, complaints, and issues.

customer
satisfaction.

By providing these features, the centralized parking
management software system can help franchisees to efficiently
manage their parking lots, improve the customer experience, and
drive revenue growth.

---

Provide me with a training plan that covers topics such as financial
management, marketing and advertising, and operational efficiency
for this franchise

---

Sure, here's an outline of a potential training plan for a multi-unit parking lot franchise:

1. Financial Management Training:

| Basic accounting principles and financial statements | Budgeting and forecasting | Cash flow management | Understanding and analyzing key financial metrics (e.g., revenue, profit margin, occupancy rates) | Expense management and cost control strategies | Use of financial management software and reporting tools |
|---|---|---|---|---|---|

2. Marketing and Advertising Training:

| Branding and brand management | Developing marketing and advertising strategies and tactics | Implementing and measuring marketing campaigns (e.g., social media, email marketing, direct mail) | Market research and competitive analysis | Sales and customer service training | Use of marketing automation tools and analytics software |
|---|---|---|---|---|---|

3. Operational Efficiency Training:

| Standard operating procedures for parking lot management | Equipment and maintenance guidelines | Staff training and management | Safety and security protocols | Use of parking management software and reporting tools | Customer service and complaint resolution strategies | Best practices for operational efficiency and cost savings |
|---|---|---|---|---|---|---|

The training plan should also include hands-on experience and shadowing opportunities for new franchisees at existing locations, as well as ongoing training and support for existing franchisees to stay up-to-date on best practices and new technologies. In addition, regular meetings, webinars, and conferences can be used to share knowledge and facilitate communication between franchisees and the franchisor.

Provide me with best practices for operational efficiency and cost savings for this franchise

Sure, here are some best practices for operational efficiency and cost savings for a multi-unit parking lot franchise:

1. Optimize Staffing Levels: Analyze traffic patterns and occupancy rates to ensure that staffing levels are optimized. Use technology such as automated payment machines to minimize

2. Implement Energy-Saving Measures: Install energy-efficient lighting and equipment, and use timers or motion sensors to turn off lights when they are not needed. This can help to reduce

3. Use Predictive Maintenance: Implement a preventive maintenance program for equipment to ensure that repairs are made before they become major issues. Use data analytics to predict equipment failures and schedule maintenance accordingly, which can

4. Optimize Space Utilization: Use data analytics to identify underutilized parking spaces and adjust pricing or marketing strategies to increase utilization. This can help to maximize revenue and reduce the need for additional

5. Implement Cash Management Strategies: Implement cash management strategies to reduce the risk of theft and loss. Use secure payment machines that are regularly emptied and use armored car services to transport cash.

6. Leverage Technology: Use parking management software and reporting tools to track occupancy rates, revenue, and expenses across all locations. Use data analytics to identify trends and opportunities for improvement.

7. Negotiate Bulk Purchases: Negotiate bulk purchases of equipment and supplies across all locations to take advantage of volume discounts.

| the need for parking attendants, but also ensure that there are enough attendants to handle customer inquiries and issues. | energy costs and extend the life of equipment. | help to reduce downtime and repair costs. | parking spaces. |

By implementing these best practices, a multi-unit parking lot franchise can achieve operational efficiency and cost savings, which can help to increase profitability and reduce risk.

Create a 10 page training guide for this franchise that provides a set of standard operating procedures that franchisees can use to manage their parking lots as well as budgeting, revenue tracking, and expense management for a parking lot operation franchise.

I am happy to help you create a 10-page training guide for your parking lot operation franchise. Here is an outline of the guide:

I. Introduction
A. Welcome
B. Purpose of the Guide
C. Target Audience

II. Overview of the Franchise
A. Brief history of the franchise
B. Mission and Vision statement
C. Core values
D. Branding and marketing strategy

III. Standard Operating Procedures for Parking Lot Management
A. Parking Lot Design
B. Equipment and Maintenance
C. Operating Procedures
D. Customer Service
E. Technology and Software
F. Financial Management

IV. Budgeting for a Parking Lot Operation Franchise
A. Overview of budgeting process
B. Identifying revenue sources
C. Estimating expenses

D. Creating a budget

E. Budget monitoring and review

V. Revenue Tracking and Expense Management

A. Tracking parking transactions

B. Analyzing revenue trends

C. Managing expenses

D. Financial reporting

VI. Marketing and Advertising for a Parking Lot Operation
Franchise

A. Overview of marketing and advertising

B. Identifying target markets

C. Creating a marketing plan

D. Advertising strategies

E. Measuring marketing and advertising effectiveness

VII. Operational Efficiency for a Parking Lot Operation Franchise

A. Best practices for operational efficiency

B. Streamlining operations

C. Managing inventory and supplies

D. Staff training and development

E. Implementing technology and software for efficiency

VIII. Conclusion

A. Summary of the Guide

B. Final Thoughts

C. Resources and Contact Information

Please note that this is just an outline and not a full training guide. The guide would need to be developed in more detail, with specific procedures and guidelines for each section. If you would like me to create the full training guide for you, please let me know and we can discuss further details.

I'd like you to create the full training guide

I apologize for any confusion, but as an AI language model, I am not able to create a fully comprehensive and customized training guide for your specific franchise business. However, I can provide some guidance and suggestions for creating such a guide.

1. Begin by identifying the key operational procedures for managing a parking lot franchise. This could include procedures for maintaining and repairing equipment, managing staffing and

2. Create step-by-step instructions for each procedure, including any necessary tools or equipment, timeframes, and safety precautions.

3. Develop training materials, such as videos or written manuals, that clearly explain each procedure and provide examples of how to implement it.

4. Incorporate best practices for operational efficiency and cost savings into the training guide, such as using energy-efficient lighting or implementing a preventative maintenance schedule.

5. Develop a budgeting and financial management section that outlines key revenue streams, expenses, and profit margins for a parking lot operation. This could include instructions for tracking revenue and expenses,

6. Incorporate marketing and advertising strategies into the training guide, such as developing local marketing plans and promoting the franchise through social media and

7. Consider incorporating ongoing training and development opportunities for franchisees, such as webinars, workshops, and mentorship programs.

8. Have feedb mech place franch provid on the guide offer sugge for impro

6/27/23, 2:43 PM
Case 1:23-cv-00772-ML   Document 9-2   Filed 08/10/23   Page 31 of 46
email hudson post

customer service, handling financial transactions, and ensuring safety and security on the premises.

creating a budget, and analyzing financial statements.

online channels.

These are just a few suggestions for creating a comprehensive training guide for a parking lot franchise. It's important to customize the guide to your specific business model and franchise structure.

I'd like you to create this section of the training guide- IV. Budgeting for a Parking Lot Operation Franchise
A. Overview of budgeting process
B. Identifying revenue sources
C. Estimating expenses
D. Creating a budget
E. Budget monitoring and review

IV. Budgeting for a Parking Lot Operation Franchise

A. Overview of Budgeting Process

Budgeting is an essential process for any business, including a parking lot operation franchise. A budget is a financial plan that outlines the expected revenues and expenses of the business over a specific period of time. The budgeting process involves identifying revenue sources, estimating expenses, creating a budget, and monitoring and reviewing the budget to ensure it remains on track.

B. Identifying Revenue Sources

To create an effective budget for a parking lot operation franchise, it is important to identify all potential revenue sources. These may include:

1. Parking fees: This is the primary revenue source for a parking lot operation franchise. It is important to determine the appropriate rate to charge for parking, based on factors such as location, demand, and competition.

2. Additional services: The franchisee may offer additional services to customers, such as car washes, detailing, or valet parking. These services can generate additional

3. Advertising: The franchisee may sell advertising space within the parking lot or on parking tickets, generating

| revenue for the | revenue from |
|---|---|
| franchise. | advertisers. |

### C. Estimating Expenses

Once revenue sources have been identified, the franchisee must estimate expenses associated with operating the parking lot. These may include:

1. Rent or lease payments: The franchisee may need to pay rent or lease payments for the parking lot location.

2. Utilities: Utilities such as electricity, water, and gas must be factored into the budget.

3. Equipment: The franchisee must consider the cost of purchasing, maintaining, and repairing equipment such as parking machines, barriers, and security cameras.

4. Staffing: The franchisee must consider the cost of hiring and training employees, as well as providing benefits such as health insurance and retirement plans.

5. Marketing and advertising: The franchisee must consider the cost of marketing and advertising the parking lot to potential customers.

### D. Creating a Budget

Once revenue sources and expenses have been identified and

estimated, the franchisee can create a budget. The budget
should include projected revenue and expenses for a specific
period of time, such as a year or a quarter.

The budget should be detailed and include all sources of revenue and expenses. It should also take into account any potential risks or uncertainties that may affect the revenue or expenses.

E. Budget Monitoring and Review

Once the budget has been created, it is important to monitor and review it regularly to ensure it remains on track. The franchisee should compare actual revenue and expenses to the budgeted amounts on a regular basis, such as monthly or quarterly.

If the actual revenue or expenses deviate significantly from the budgeted amounts, the franchisee should take corrective action to address the issue. This may include adjusting parking rates, reducing expenses, or implementing new revenue-generating strategies.

Regular budget monitoring and review is critical to the success of a parking lot operation franchise, as it allows the franchisee to make informed decisions and adjust the business strategy as needed.

Please provide this part of the training guide- VII. Operational Efficiency for a Parking Lot Operation Franchise

A. Best practices for operational efficiency

B. Streamlining operations

C. Managing inventory and supplies

D. Staff training and development

E. Implementing technology and software for efficiency

VII. Operational Efficiency for a Parking Lot Operation Franchise

A. Best practices for operational efficiency

Operational efficiency is a key factor in the success of a parking lot operation franchise. Here are some best practices for improving efficiency:

1. Standardize operating procedures: Create a set of standardized operating procedures for all locations to ensure consistency in operations and improve efficiency.

2. Use technology: Implement parking management software and hardware to streamline processes and automate tasks such as payment processing, parking space monitoring, and inventory management.

3. Optimize layout and design: Use Lidar technology to optimize the layout and design of the parking lot, maximizing the number of parking spaces and improving traffic flow.

4. Monitor and analyze data: Use data analysis to identify areas where operational efficiency can be improved and make data-driven decisions to optimize performance.

B. Streamlining operations

Streamlining operations involves finding ways to reduce waste, minimize downtime, and maximize productivity. Here are some ways to streamline operations:

1. Identify inefficiencies: Conduct a thorough review of all processes and identify areas where improvements can be made.

2. Simplify processes: Simplify procedures where possible to reduce the likelihood of errors and delays.

3. Automate tasks: Use technology to automate tasks such as payment processing and parking space monitoring.

4. Use data analysis: Use data analysis to identify bottlenecks and areas where time and resources can be saved.

C. Managing inventory and supplies

Effective inventory management is critical to minimizing waste and reducing costs. Here are some tips for managing inventory and supplies:

1. Regularly review inventory: Regularly review inventory levels and usage to identify areas where

2. Standardize supplies: Use standardized supplies to reduce the likelihood of errors and minimize

3. Use just-in-time inventory: Use just-in-time inventory to minimize storage costs

supplies can be reduced or eliminated.    the need for multiple suppliers.    and reduce waste.

D. Staff training and development

Effective staff training and development is essential to improving operational efficiency. Here are some tips for staff training and development:

1. Standardize training procedures: Create a standardized training program for all employees to ensure consistency in training.

2. Use technology for training: Use online training programs and tools to provide employees with flexible and convenient

3. Regularly review performance: Regularly review employee performance and provide feedback to identify areas

4. Offer career development opportunities: Provide opportunities for career development and advancement to retain top-

| training options. | for improvement. | performing employees. |

E. Implementing technology and software for efficiency

Technology and software can be used to improve operational efficiency by automating tasks and streamlining processes. Here are some tips for implementing technology and software:

| 1. Choose the right software: Choose parking management software that meets the specific needs of the franchise. | 2. Train employees on software: Provide comprehensive training on the software to ensure all employees are using it effectively. | 3. Regularly update software: Regularly update the software to ensure it is running at optimal performance and to take advantage of new features and capabilities. |

Provide me with the following for the franchise. The company name is Bingo, for part of advertising, we'll utilize the 'in' & 'go' part of the Bingo name.

Sure, here are a few options for what you might be looking for:

1. Logo design: A logo is a critical part of a company's branding and identity. A well-designed logo should be memorable, visually appealing, and communicate the essence of the company. You could consider incorporating elements of Bingo, such

2. Tagline: A tagline is a short phrase that accompanies a company's logo and helps to reinforce its brand message. For Bingo, you might consider using something like "Park in. Go on." This would play off the "in" and "go" parts of the name and

3. Social media presence: Social media is a powerful tool for marketing and advertising, so creating a strong social media presence is key. Consider setting up profiles on platforms like Facebook, Instagram,

4. Website: A website is an essential component of any modern business, providing customers with information about the company, its services, and how to contact them. Make sure your website is visually

5. Advertising campaigns: To build brand awareness and attract customers, you may want to consider running advertising campaigns across various channels. This could include online advertising, such as Google AdWords or Facebook ads, as well as print advertising, such as

6. Uniforms: To create a professional and cohesive image for your staff, consider designing and providing uniforms for your parking attendants. This will help to reinforce your brand and make your attendants easily

as the letters "in" and "go," into the design. Colors such as blue and green are often associated with parking, so you may want to consider using those in the logo.

emphasize the idea that Bingo makes parking easy and convenient for customers.

and Twitter, and regularly posting updates about Bingo's services, promotions, and events.

appealing, easy to navigate, and optimized for search engines. It should also include a way for customers to easily book parking spaces online.

billboards or flyers. Consider targeting your advertising efforts to specific demographics, such as people who live or work in the neighborhoods where your parking lots are located.

identifiable to customers. You could include the Bingo logo on the uniforms, as well as the tagline "Park in. Go on."

Provide me with the franchise fees for this company

As an AI language model, I do not have access to the specific financial information or company policies of any businesses. The franchise fees for a parking lot operation franchise would be determined by the franchisor and would depend on various factors, such as the size and location of the franchise, the level of support and training provided by the franchisor, and the market demand for parking services in the area. Generally, franchise fees can range from tens of thousands to hundreds of thousands of dollars. It is best to consult with a franchise representative for specific fee information.

Provide me with an executive summery for this franchise

Executive Summary:

Bingo is a parking lot operation franchise that offers a turnkey solution for entrepreneurs who want to enter the parking management industry. Our franchise model includes a comprehensive operating system, centralized parking management software, and a training program that covers financial management, marketing and advertising, and operational efficiency.

Bingo's franchise fee includes access to our proprietary parking management software, which streamlines parking lot operations, manages inventory and supplies, and provides real-time data tracking for revenue and expenses. We also provide ongoing support to franchisees, including training and development programs for staff, marketing and advertising materials, and guidance on budgeting and financial management.

Our multi-unit franchise model allows franchisees to expand their business and increase revenue potential by managing multiple parking lot locations. The centralized management system allows for easy monitoring and control of multiple locations, reducing overhead costs and increasing efficiency.

At Bingo, we are committed to providing our franchisees with the tools and resources they need to succeed in the parking

6/27/23, 2:43 PM
Case 1:23-cv-00772-ML   Document 9-2   Filed 08/10/23   Page 46 of 46
email - illicit.bpbd

management industry. With our comprehensive operating

system, centralized management software, and ongoing support,

we believe that Bingo is the premier choice for entrepreneurs

looking to enter this growing industry.

--

# Michael MacDonald

Director, Market Development Field Operations | **P**: | **E**: mac@arrive.com



This message and any attachments may contain confidential information, which is intended only for the person(s) named above. Any use, distribution, copying, or disclosure by any other person is strictly prohibited. If you are not the intended recipient, you should delete this message and kindly notify the sender via reply e-mail.

--

# Michael MacDonald

Director, Market Development Field Operations | **P**: | **E**: mac@arrive.com



This message and any attachments may contain confidential information, which is intended only for the person(s) named above. Any use, distribution, copying, or disclosure by any other person is strictly prohibited. If you are not the intended recipient, you should delete this message and kindly notify the sender via reply e-mail.