IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC. | § § § | |
| V. | § § | Civil No. 1:23-CV-772-DII |
| MICHAEL SELLERS MACDONALD | § § | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY**

Pursuant to Local Rule 7(b), Plaintiff FlashParking, Inc. ("FlashParking") hereby moves for leave to file the Sur-Reply that is attached hereto as Exhibit A.

1.  On August 10, 2023, Defendant Michael Sellers MacDonald ("MacDonald") filed his Motion to Dismiss the Complaint for Improper Venue, Forum Non Conveniens, and in the Alternative, Motion to Dismiss for Failure to State a Claim and Motion to Transfer Venue [Doc. 8] and the related Memorandum of Law [Doc. 9] (collectively, the "Motion"). On August 24, 2023, FlashParking timely filed its Response [Doc. 11]. On August 31, 2023, MacDonald filed his Reply [Doc. 13]. The majority of MacDonald's Reply is devoted to two brand-new arguments not addressed in his Motion: (1) a motion to dismiss for lack of personal jurisdiction; and (2) a request for attorney's fees. *See* Doc. 13, pp. 3-6, 9-10.

2.  A sur-reply is appropriate when the moving party raises new legal theories or attempts to present new evidence at the reply stage. *Surge Busy Bee Holdings, LLC v. Wiszniewski*, No. 3:19-CV-127-L, 2020 U.S. Dist. LEXIS 63781 at *35, n. 6 (N.D. Tex. Apr. 13, 2020). Because MacDonald raises two new arguments for the first time in his Reply, a sur-reply would be appropriate so that FlashParking has a fair opportunity to address these arguments.

## PRAYER

For the foregoing reasons, FlashParking respectfully requests this Court grant its Motion for Leave to file the Sur-Reply attached hereto Exhibit A, and grant FlashParking such additional relief to which it may be entitled.

                Respectfully submitted,

**GILSTRAP LAW GROUP PC**
1801 E 51st Street, Suite 365-295
Austin, Texas 78723
Telephone: (512) 813-2061

By:    */s/ Lessie C. Gilstrap*
Lessie C. Gilstrap
Attorney-in-charge
Texas Bar No. 24012630
Email: Lessie@gilstraplawgroup.com
Glorieni M. Azeredo
Texas Bar No. 24077840
Email: Gazeredo@gilstraplawgroup.com

ATTORNEYS FOR PLAINTIFF
FLASHPARKING, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 7th day of September, 2023, I emailed Defendant's counsel of record asking whether she was opposed to the relief sought in this motion. On September 8, 2023, Defendant's counsel of record indicated she was opposed to the motion.

                */s/ Glorieni M. Azeredo*
                Glorieni M. Azeredo

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of September, 2023, the foregoing was served upon counsel of record through the Court's CM/ECF filing system:

Sean D. Johnson
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
sjohnson@reidcollins.com

Kirsten M. Schneider
Carey & Associates, P.C.
71 Old Post Road
Suite One Southport, CT 06890
kschneider@capclaw.com

*Attorneys for Defendant*
*Michael Sellers MacDonald*

                                                */s/ Lessie C. Gilstrap*
                                                Lessie C. Gilstrap