IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| FLASHPARKING, INC. § § § | |
| V. § § | Civil No. 1:23-CV-772-DII |
| MICHAEL SELLERS MACDONALD § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Upon motion of the Plaintiff [Doc. 14], and good cause appearing, IT IS HEREBY ORDERED that the Plaintiff has leave to file the Sur-Reply in connection with the Defendant's Motion to Dismiss [Docs. 8-9], and the Sur-Reply attached to Plaintiff's Motion for Leave [Doc. 14-1] is hereby filed.

Date: _____.

_____
ROBERT PITTMAN
UNITED STATES DISTRICT JUDGE