UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FlashParking, Inc. | § § | |
| vs. | § § | NO:  AU:23-CV-00772-RP |
| Michael Sellers MacDonald | § | |

## ORDER

Before the court is the above-styled cause of action, in which Defendant Michael Sellers MacDonald removed the case to this Court on July 7, 2023.  The record reflects that no proposed scheduling order has been submitted in this cause.  *See* W.D. Tex. Loc. R. CV-16(c) (not later than 60 days after any appearance of any defendant, the parties shall submit a proposed scheduling order to the court).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," and submit a Joint Proposed Scheduling Order utilizing District Judge Robert Pitman's form **on or before September 26, 2023.  Failure to submit a Joint Proposed Scheduling Order will result in dismissal of this civil action.**

**SIGNED** on September 13, 2023 .

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE