# EXHIBIT A

County Court at Law #2

# Case Summary

Case No. C-1-CV-23-002440

| | | |
|---|---|---|
| **FlashParking, Inc., Plaintiff VS. Michael MacDonald, Defendant** § § § | Location: | **County Court at Law #2** |
| | Judicial Officer: | **SHEPPERD, ERIC M** |
| | Filed on: | **06/09/2023** |

## Case Information

| | | |
|---|---:|---|
| | Case Type: | Damages - Other Injury |
| | Case Status: | **06/09/2023** Pending |

## Party Information

*Lead Attorneys*

**Plaintiff**   FlashParking, Inc.   **GILSTRAP, LESSIE CAMPBELL**
*Retained*

**Defendant**   MacDonald, Michael Sellers

## Case Events

06/09/2023   OPN:CV ORIGINAL PETITION

06/09/2023
E-Filed Petition
*2029.06.09 Pl's Original Petition And Application for TRO, TI and PI*

06/12/2023
ISS:CV CITATION
*IN PERSON*
Party:   Defendant MacDonald, Michael Sellers

06/12/2023
ISS:CV TEMPORARY RESTRAINING ORDER PROTECTIVE ORDER
*IN PERSON*
Party:   Defendant MacDonald, Michael Sellers

06/12/2023
ORD:CV TEMPORARY RESTRAINING ORDER     (Judicial Officer: SHEPPERD, ERIC M)

06/12/2023
MSC:CV REQUEST FOR CITATION
*AND WRIT OF TEMPORARY RESTRAINING ORDER*

06/15/2023
ORD:CV TEMPORARY RESTRAINING ORDER     (Judicial Officer: SHEPPERD, ERIC M)
*amended*

06/20/2023   ISS:CV TEMPORARY RESTRAINING ORDER PROTECTIVE ORDER
*Emailed to gazeredo@gilstraplawgroup.com*

06/20/2023
Request
*2023.06.20 Request for Issuance of Writ*

06/30/2023
PLD:CV ENTRY OF APPEARANCE
*Notice of Appearance of Kirsten M. Schneider on behalf of Defendant MacDonald*

06/30/2023
MOT:CV FOR LEAVE
*motion for leave to appear and participate in case pro hac vice*

County Court at Law #2

## Case Summary
### Case No. C-1-CV-23-002440

| | |
|---|---|
| 06/30/2023 | MOT:CV OTHER |
| | *Motion for Enlargement of Time to Appear and Show Cause* |
| 07/05/2023 | PLD:CV ENTRY OF APPEARANCE |
| | *AMENDED* |
| 07/05/2023 | PLD:CV ENTRY OF APPEARANCE |
| | *AMENDED* |
| 07/05/2023 | PLD:CV SPECIAL APPEARANCE |
| | *MOTION FOR SPECIAL APPEARANCE* |
| 07/06/2023 | ORD:CV PROPOSED ORDER/JUDGMENT CT2 |
| | *TEMPORARY INJUNCTION* |
| 07/07/2023 | NTC:CV OTHER TYPES |
| | *NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION* |
| 07/07/2023 | ORD:CV ORDER DENIED     (Judicial Officer: SHEPPERD, ERIC M) |
| | *ORDER DENYING DEFENDANT'S MOTION FOR SPECIAL APPEARANCE* |
| 07/07/2023 | ORD:CV TEMPORARY INJUNCTION     (Judicial Officer: SHEPPERD, ERIC M) |