IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC. | § | |
| | § | |
| | § | |
| V. | § | Civil No. 1:23-CV-772-DII |
| | § | |
| MICHAEL SELLERS MACDONALD | § | |

**JOINT SUBMISSION OF PROPOSED SCHEDULING ORDER AND
RULE 26(F) REPORT AND DISCOVERY PLAN**

Pursuant to the Court's Order dated September 13, 2023, [Doc. 15] and Federal Rule of

Civil Procedure 26, Plaintiff FlashParking, Inc. and Defendant Michael Sellers MacDonald

(collectively, the "Parties") jointly submit this Proposed Scheduling Order and Rule 26(f) Report

and Discovery Plan, attached hereto as Exhibits A and B.

Respectfully submitted,

**GILSTRAP LAW GROUP PC**
1801 E 51st Street, Suite 365-295
Austin, Texas 78723
Telephone: (512) 813-2061

By:      */s/ Lessie C. Gilstrap*
Lessie C. Gilstrap
Attorney-in-charge
Texas Bar No. 24012630
Email: Lessie@gilstraplawgroup.com
Glorieni M. Azeredo
Texas Bar No. 24077840
Email: Gazeredo@gilstraplawgroup.com

ATTORNEYS FOR PLAINTIFF
FLASHPARKING, INC.

and

*/s/ Kirsten M. Schneider*
Kirsten M. Schneider
Admitted Pro Hac Vice
Carey & Associates, P.C.
71 Old Post Road
Suite One Southport, CT 06890
kschneider@capclaw.com

 ATTORNEY FOR DEFENDANT
MICHAEL SELLERS MACDONALD

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 25th day of September, 2023, the foregoing was served upon counsel of record through the Court's CM/ECF filing system:

Sean D. Johnson
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
sjohnson@reidcollins.com

Kirsten M. Schneider
Carey & Associates, P.C.
71 Old Post Road
Suite One Southport, CT 06890
kschneider@capclaw.com

*Attorneys for Defendant*
*Michael Sellers MacDonald*

<u>*/s/ Lessie C. Gilstrap*</u>
Lessie C. Gilstrap