IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC. | § § § | |
| V. | § § | Civil No. 1:23-CV-772-DII |
| MICHAEL SELLERS MACDONALD | § § | |

### JOINT SUBMISSION OF PROPOSED SCHEDULING ORDER

Pursuant to the Court's Order dated September 13, 2023, [Doc. 15] and Federal Rule of Civil Procedure 26, Plaintiff FlashParking, Inc. and Defendant Michael Sellers MacDonald (collectively, the "Parties") jointly submit this Proposed Scheduling Order, attached hereto as Exhibit A.

                              Respectfully submitted,

                              **GILSTRAP LAW GROUP PC**
                              1801 E 51st Street, Suite 365-295
                              Austin, Texas 78723
                              Telephone: (512) 813-2061

By:    */s/ Lessie C. Gilstrap*
          Lessie C. Gilstrap
          Attorney-in-charge
          Texas Bar No. 24012630
          Email: Lessie@gilstraplawgroup.com
          Glorieni M. Azeredo
          Texas Bar No. 24077840
          Email: Gazeredo@gilstraplawgroup.com

          ATTORNEYS FOR PLAINTIFF
          FLASHPARKING, INC.


          and


          */s/ Kirsten M. Schneider*

Kirsten M. Schneider
Admitted Pro Hac Vice
Carey & Associates, P.C.
71 Old Post Road
Suite One Southport, CT 06890
kschneider@capclaw.com

 ATTORNEY FOR DEFENDANT
MICHAEL SELLERS MACDONALD

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 26th day of September, 2023, the foregoing was served upon counsel of record through the Court's CM/ECF filing system:

Sean D. Johnson
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
sjohnson@reidcollins.com

Kirsten M. Schneider
Carey & Associates, P.C.
71 Old Post Road
Suite One Southport, CT 06890
kschneider@capclaw.com

*Attorneys for Defendant*
*Michael Sellers MacDonald*

                                                  */s/ Lessie C. Gilstrap*
                                                Lessie C. Gilstrap