IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| FLASHPARKING, INC., § | |
| Plaintiff, § | |
| § | Civ. Case No. 1:23-cv-00772-DII |
| v. § | |
| § | |
| MICHAEL SELLERS MACDONALD, § | |
| Defendant. § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party, FlashParking, Inc, through counsel Lessie C. Gilstrap of Gilstrap Law Group,

 X  consents to having a United States Magistrate Judge preside over the trial in this case.

 __ declines to consent to trial before a United States Magistrate Judge.


                Respectfully submitted,

                **GILSTRAP LAW GROUP PC**
                1801 E. 51st Street, Suite 365-295
                Austin, Texas 78723
                Tel: (512) 813-2061

     BY:    */s/ Lessie C. Gilstrap*
                Lessie C. Gilstrap
                Attorney-in-charge
                Texas Bar No. 24012630
                Email: lessie@gilstraplawgroup.com

                                          Glorieni M. Azeredo
                                        Texas Bar No. 24077840
                                        Email: gazeredo@gilstraplawgroup.com

                                        ATTORNEYS FOR PLAINTIFF
                                        FLASHPARKING, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2023, the foregoing has been forwarded to counsel of record via email, as follows:

Sean D. Johnson
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
sjohnson@reidcollins.com

Kirsten M. Schneider
Carey & Associates, P.C.
71 Old Post Road
Suite One Southport, CT 06890
kschneider@capclaw.com

*Attorneys for Defendant*
*Michael Sellers MacDonald*

                                          */s/ Lessie C. Gilstrap*
                                          Lessie C. Gilstrap