IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC., | § | |
|     Plaintiff, | § | |
| | § | Civ. Case No. 1:23-cv-00772-DII |
| v. | § | |
| | § | |
| MICHAEL SELLERS MACDOANLD, | § | November 3, 2023 |
|     Defendant. | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party __Michael Sellers MacDonald_____

through counsel ____Kirsten M. Schneider, of Carey & Associates P.C._____

_X__ consents to having a United States Magistrate Judge preside over the trial in this case.

___ declines to consent to trial before a United States Magistrate Judge.

By submitting this Notice of Consent, Defendant does not waive his pending objections to this Court's jurisdiction and venue.

Respectfully submitted,

_/s/ Kirsten M. Schneider_____

Attorney for:

_Michael MacDonald_____