IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-772-DII |
| | § | |
| MICHAEL SELLERS MACDONALD, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In accordance with the provisions of 28 U.S.C. § 636(c), the parties in this case have waived the right to proceed before a judge of the United States District Court and consented to have a United States Magistrate Judge conduct all remaining proceedings in the case, including trial and the entry of judgment. (Plaintiff's Notice, Dkt. 20; Defendant's Notice, Dkt. 21).

Accordingly, **IT IS ORDERED** that this action is **TRANSFERRED** to United States Magistrate Judge Mark Lane for all proceedings and the entry of final judgment pursuant to 28 U.S.C. § 636(c)(1), Federal Rule of Civil Procedure 73, and Rule CV-72 of the Local Rules of the United States District Court for the Western District of Texas. Upon the entry of final judgment in this case, an aggrieved party shall appeal directly to the United States Court of Appeals for this circuit in the same manner as an appeal from any other judgment of this Court. *See* 28 U.S.C. § 636(c)(3); Fed. R. Civ. P. 73(c).

**SIGNED** on November 6, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE