IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| FLASHPARKING, INC. § § § | |
| V. § § | Civil No. 1:23-CV-00772-ML |
| MICHAEL SELLERS MACDONALD § | |

**<u>CONSENT MOTION TO EXTEND SCHEDULING ORDER DEADLINE</u>**

Pursuant to FRCP 7 and Local Rule CV-16, Defendant Michael Sellers MacDonald and Plaintiff FlashParking, Inc. (collectively, the "Parties") jointly submit this First Amended Scheduling Order, attached hereto as Exhibit A. The parties request an extension of time to file their Report on ADR from November 17, 2023 to January 19, 2024. In support of this motion, the parties provide the following good cause:

1. On September 26, 2023, the parties filed their joint proposed scheduling order. [Dkt. 18].

2. The parties deadline to file their report on ADR is presently November 17, 2023. The parties request an extension until January 19, 2024. No other dates are affected by this extension of time.

3. This is the parties first request to amend the scheduling order.

4. On November 6, 2023, Defendant's counsel contacted Plaintiff's counsel and requested its consent to the extension of time. Plaintiff consented and stated that it was prepared to mediate.

5. Defendant requires this extension of time because: 1) The pending motion to dismiss must be adjudicated first. If any claims survive the motion to dismiss, Defendant anticipates filing numerous counterclaims that will be ripe for mediation and should be considered during the alternative dispute resolution process. Defendant believes that mediation is presently

premature and not an efficient use of judicial resources. 3) Plaintiff's pending Motion to Remand this matter must also be decided prior to participating in the alternative dispute resolution process. 3) Defendant cannot presently afford the mediation costs and therefore in financially unable to move forward with mediation at this time.

6. The First Amended Scheduling Order attached as Exhibit A.

WHEREFORE, for good cause shown, the parties respectfully request that this Motion to Amend the Scheduling Order be granted.

    Respectfully submitted,

**DEFENDANT**
**MICHAEL SELLER MACDONALD**

By: */s/ Kirsten M. Schneider*
Kirsten M. Schneider
Admitted Pro Hac Vice
Carey & Associates, P.C.
71 Old Post Road , Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax.
kschneider@capclaw.com

HIS ATTORNEY

…and

**GILSTRAP LAW GROUP PC**
1801 E 51st Street, Suite 365-295
Austin, Texas 78723
Telephone: (512) 813-2061

By:   */s/ Lessie C. Gilstrap*
Lessie C. Gilstrap
Attorney-in-charge
Texas Bar No. 24012630
Email: Lessie@gilstraplawgroup.com
Glorieni M. Azeredo
Texas Bar No. 24077840

Email: Gazeredo@gilstraplawgroup.com

ATTORNEYS FOR PLAINTIFF
FLASHPARKING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2023, the foregoing was served upon counsel of record through the Court's CM/ECF filing system:

Sean D. Johnson
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
sjohnson@reidcollins.com
*Attorney for Defendant*

Lessie C. Gilstrap
Glorieni M. Azeredo
**GILSTRAP LAW GROUP PC**
1801 E 51st Street, Suite 365-295
 Austin, Texas 78723
Lessie@gilstraplawgroup.com
Gazeredo@gilstraplawgroup.com
*Attorneys for Plaintiff*

*/s/ Kirsten M. Schneider*
Kirsten M. Schneider