IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC. | § § § | |
| V. | § § § | Civil No. 1:23-CV-772-DII |
| MICHAEL SELLERS MACDONALD | § | |

**ORDER GRANTING PLAINTIFF'S AGREED MOTION TO EXTEND DEADLINE
TO RESPOND TO DEFENDANT'S MOTION TO STAY DISCOVERY**

Upon motion of the Plaintiff [Doc. 25], and good cause appearing, IT IS HEREBY ORDERED that the Plaintiff's deadline to respond to Defendant's Motion to Stay Discovery [Doc. 24] is moved from December 28, 2023 to January 11, 2024.

Date: _____.

_____
ROBERT PITTMAN
UNITED STATES DISTRICT JUDGE