IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC. | § § § | |
| V. | § | Civil No. 1:23-CV-772-DII |
| | § § | |
| MICHAEL SELLERS MACDONALD | § | |

**PLAINTIFF'S OPPOSED NOTICE OF ATTORNEY'S FEES**

Plaintiff FlashParking, Inc. ("FlashParking") files this Opposed Notice of Attorney's Fees ("Notice") pursuant to the Court's order (Doc. 27) and pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.

As set forth in greater detail in the attached declaration of counsel, FlashParking has incurred a total of $13,813.00 in reasonable and necessary attorneys' fees in connection with the Motion for Remand (Doc. 6) and the related Reply (Doc. 10). *See* Exhibit A.

On February 22, 2024, counsel for FlashParking submitted its proposed fees to counsel for Defendant in an effort to confer regarding the amount sought. On February 26, 2024, counsel for Defendant advised that she was opposed to the amount sought, but she failed to state any reasons for her opposition. *See* Exhibit B.

Given the circumstances, FlashParking requests that the Court order Defendant to pay the $13,813.00 in reasonable and necessary attorney's fees within fourteen days.

Respectfully submitted,

GILSTRAP LAW GROUP PC
1801 E 51st Street, Suite 365-295
Austin, Texas 78723
Telephone: (512) 813-2061

1

|  |  |
|---|---|
| By: | */s/ Lessie C. Gilstrap* |
|  | Lessie C. Gilstrap |
|  | Attorney-in-charge |
|  | Texas Bar No. 24012630 |
|  | Email: Lessie@gilstraplawgroup.com |
|  | Glorieni M. Azeredo |
|  | Texas Bar No. 24077840 |
|  | Email: Gazeredo@gilstraplawgroup.com |
|  |  |
|  | ATTORNEYS FOR PLAINTIFF |
|  | FLASHPARKING, INC. |

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2024, the foregoing was served upon counsel of record through the Court's CM/ECF filing system:

Sean D. Johnson
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
sjohnson@reidcollins.com

Kirsten M. Schneider
Carey & Associates, P.C.
71 Old Post Road
Suite One Southport, CT 06890
kschneider@capclaw.com

*Attorneys for Defendant*
*Michael Sellers MacDonald*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Lessie C. Gilstrap*
　　　　　　　　　　　　　　　　　　　　　　Lessie C. Gilstrap