| | |
|---|---|
| **From:** | Kirsten Schneider |
| **To:** | Glorieni Azeredo |
| **Subject:** | Re: FlashParking v. MacDonald: Attorney"s Fees |
| **Date:** | Monday, February 26, 2024 11:26:44 AM |

Glorieni,

You may state in your Notice that Mr. MacDonald is opposed to the fees amount. However, Mr. MacDonald will be retaining new local counsel who will review these amounts this week. My understanding is that new local counsel will respond to you later this week and may amend Mr. MacDonald's opposed position if appropriate. New counsel will reach out to you to discuss.

On Mon, Feb 26, 2024 at 9:31 AM Kirsten Schneider <KSchneider@capclaw.com> wrote:
> Gloreni,
>
> Thank you for the information. I will have a response to you shortly. When are you asking that the fees be paid by MacDonald?
>
> On Thu, Feb 22, 2024 at 1:02 PM Glorieni Azeredo <Gazeredo@gilstraplawgroup.com> wrote:
>
>> Good afternoon Kirsten,
>>
>> Please see the attached Summary Table and supporting redacted invoices supporting our request of attorneys' fees in the amount of $13,813.00. Please let us know by end of business Monday, February 26, 2024 whether you oppose or agree to this amount so that we may indicate as such in the Notice due February 27, 2024 to the Court. If you oppose, please let me know specifically why you oppose the amount.
>>
>> Sincerely,
>>
>> Glorieni Azeredo
>>
>> 
>>
>> 1801 E 51st Street, Suite 365-295

> Austin, Texas 78723
>
> (512) 813-2061
>
> Direct: (512) 829-3435
>
> www.gilstraplawgroup.com

--
Kirsten Schneider, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax.
Kschneider@capclaw.com
www.capclaw.com

--
Kirsten Schneider, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax.
Kschneider@capclaw.com
www.capclaw.com