IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:23-CV-772-ML |
| MICHAEL SELLERS MACDONALD, | § § § | |
| Defendant. | § § | |

### DEFENDANT MACDONALD'S NOTICE OF APPEARANCE
### OF ATTORNEY KERRY V. O'BRIEN

TO THE HONORABLE COURT:

COMES NOW, Kerry V. O'Brien, and hereby notices his appearance as counsel of record for Michael Sellers MacDonald. O'Brien's information is as follows:

> Kerry V. O'Brien
> Texas Bar No. 24038469
> O'Brien Law Firm
> 1011 Westlake Drive
> Austin, Texas 78746
> ko@obrienlawpc.com
> phone: (512) 410-1960
> fax: (512) 410-6171

O'Brien is admitted to practice before the United States District Court for the Western District of Texas. O'Brien respectfully requests that he be identified as MacDonald's lead counsel and that all notices and other documents requiring service be served on him in this matter.

Respectfully submitted,

*/s/ Kerry O'Brien*

KERRY V. O'BRIEN
Texas Bar No. 24038469

O'BRIEN LAW FIRM<br>
1011 Westlake Drive<br>
Austin, Texas 78746<br>
ko@obrienlawpc.com<br>
ph (512) 410-1960<br>
fx (512) 410-6171

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of February 2024 a true and correct copy of the foregoing was filed through the Court's electronic case filing system, which will serve a copy of this document on the following counsel of record:

Lessie C. Gilstrap
*Lessie@gilstraplawgroup.com*

Glorieni M. Azeredo
*Gazeredo@gilstraplawgroup.com*

GILSTRAP LAW GROUP PC
1801 E 51st Street, Suite 365-295
Austin, Texas 78723
Telephone: (512) 813-2061

**COUNSEL OF RECORD FOR PLAINTIFF FLASHPARKING, INC.**

and:

Sean D. Johnson
*sjohnson@reidcollins.com*

REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746

**LOCAL COUNSEL OF RECORD FOR DEFENDANT MICHAEL SELLERS MACDONALD**

and:

Kirsten M. Schneider
*kschneider@capclaw.com*

Carey & Associates, P.C.

71 Old Post Road, Suite One
Southport, CT 06890

**COUNSEL OF RECORD FOR DEFENDANT
MICHAEL SELLERS MACDONALD**

Kerry O'Brien