IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FLASHPARKING, INC., § § § Plaintiff, § § v. § § MICHAEL SELLERS MACDONALD, § § Defendant. § | CIVIL ACTION NO. 1:23-CV-772-ML |

### DEFENDANT MACDONALD'S ADVISORY TO THE COURT

COMES NOW, Defendant MacDonald, and in light of his retention of new counsel, a fresh review of the pleadings in this case and the underlying county court case, a careful review of Flashparking, Inc.'s Notice of Fees and attachments, and a review of the relevant law, MacDonald <u>does not oppose</u> the award of the fees requested in Dkt. No. 29 in the amount of $13,813.00. Given the financial burden on MacDonald as an individual with limited resources, Defendant MacDonald requests as much time as the Court is willing to allow him to make the payment that he anticipates the Court will order in its forthcoming Order on Dkt. No. 29 and pursuant to 28 U.S.C. § 1447(c).

Respectfully submitted,

*/s/ Kerry O'Brien*

KERRY V. O'BRIEN
Texas Bar No. 24038469

O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
ko@obrienlawpc.com
ph (512) 410-1960
fx (512) 410-6171

**COUNSEL FOR PLAINTIFF MACDONALD**

### CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of March 2024 a true and correct copy of the foregoing was filed through the Court's electronic case filing system, which will serve a copy of this document on the following counsel of record:

Lessie C. Gilstrap
*Lessie@gilstraplawgroup.com*

Glorieni M. Azeredo
*Gazeredo@gilstraplawgroup.com*

GILSTRAP LAW GROUP PC
1801 E 51st Street, Suite 365-295
Austin, Texas 78723
Telephone: (512) 813-2061

**COUNSEL OF RECORD FOR PLAINTIFF FLASHPARKING, INC.**

and:

Sean D. Johnson
*sjohnson@reidcollins.com*

REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746

**LOCAL COUNSEL OF RECORD FOR DEFENDANT MICHAEL SELLERS MACDONALD**

and:

Kirsten M. Schneider
*kschneider@capclaw.com*

Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890

**COUNSEL OF RECORD FOR DEFENDANT
MICHAEL SELLERS MACDONALD**

                                                  Kerry O'Brien