IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| FLASHPARKING, INC. | § § § | |
| V. | § § | Civil No. 1:23-CV-772-DII |
| MICHAEL SELLERS MACDONALD | § § | |

## NOTICE

Plaintiff FlashParking, Inc. ("FlashParking") hereby notifies the Court that the parties have fully resolved the issues between them, and therefore FlashParking no longer seeks the fees requested in Dkt. No. 6 and Dkt. No. 29 and awarded in Dkt. No. 27.

Respectfully submitted,

**GILSTRAP LAW GROUP PC**
1100 West Avenue
Austin, Texas 78723
Telephone: (512) 813-2061

By: */s/ Lessie C. Gilstrap*
Lessie C. Gilstrap
Texas State Bar No. 24012630
lessie@gilstraplawgroup.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of September, 2024, I filed and served on all counsel of record the foregoing document electronically through the Court's ECF system:

Sean D. Johnson
REID, COLLINS & TSAI, LLP
1301 S. Capital of Texas Highway
Building C, Suite 300
Austin, Texas 78746
*sjohnson@reidcollins.com*

Kirsten M. Schneider
CAREY & ASSOCIATES, P.C.
71 Old Post Road, Suite One
Southport, Connecticut 06890
*kschneider@capclaw.com*

Kerry V. O'Brien
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
*ko@obrienlawpc.com*

                                                  */s/ Lessie C. Gilstrap*
                                                  Lessie C. Gilstrap